888 SEVENTH AVENUE                                          JOSEPH I. MARCHESE
NEW YORK, NY 10019                                          Tel: 646.837.7150
www.bursor.com                                             Fax: 212.989.9163
                                                           jmarchese@bursor.com

June 3, 2020

*Via Email*

Brent Dwerlkotte
Shook Hardy & Bacon
2555 Grand Blvd.
Kansas City, Missouri 64108
email: dbdwerlkotte@shb.com

Re:    Case No. 4:19-cv-00585; *Gordon, et al. v. SIG Sauer, Inc.*; United States District Court
       for the Southern District of Texas, Houston Division

Dear Mr. Dwerlkotte:

        This letter confirms that you have granted Plaintiff Gordon an extension of time to file
his brief in opposition to the motion to dismiss now pending in the above-referenced action.  The
opposition brief is now due on or before July 16, 2020.

        Please sign below and return a copy to me.  A copy of this letter agreement will be filed
with the court.  Thank you again for your courtesy in this matter.


                                    Very truly yours,


                                    Joseph I. Marchese


APPROVED AND AGREED:

_____
Brent Dwerlkotte
Counsel for Defendant