**BURSOR & FISHER, P.A.**
Joseph I. Marchese (*pro hac vice*)
NY State Bar No. 4238317
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-Mail: jmarchese@bursor.com

*Attorney-in-Charge for Plaintiff*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| DANTÉ GORDON, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>SIG SAUER, INC.,<br><br>    Defendant. | Civil Action No. 4:19-cv-00585<br><br>**JOINT STATUS REPORT**<br><br>Judge:  Honorable Lee H. Rosenthal |

Plaintiff Danté Gordon ("Plaintiff") and Defendant SIG Sauer, Inc. ("Defendant") hereby submit this Joint Status Report. The Parties have resolved this matter and anticipate filing a stipulated dismissal within the next two weeks. Accordingly, the status conference currently scheduled for November 12, 2021 is no longer necessary.

Dated: November 10, 2021

Respectfully submitted,

BURSOR & FISHER, P.A.

By: /s/ Joseph I. Marchese
      Joseph I. Marchese

Joseph I. Marchese (*pro hac vice*)
Attorney-in-Charge
NY State Bar No. 4238317
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-Mail: jmarchese@bursor.com

**ATTORNEY-IN-CHARGE FOR PLAINTIFF DANTE GORDON, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED**

Dated: November 10, 2021

Respectfully submitted,

SHOOK, HARDY & BACON, LLP

By: /s/ Amy Crouch
      Amy Crouch

Amy Crouch
2555 Grand Boulevard
Kansas City, MO 64108
Telephone: (816) 474-6550
E-Mail: amcrouch@shb.com

**ATTORNEY FOR DEFENDANT SIG SAUER, INC.**